[No. 9823-3-I.   Division One.   September 7, 1982.]

THE STATE OF WASHINGTON, *Appellant,* v. LOUIS
A. BALL, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 80-1-04376-1, Shannon Wetherall, J., entered March 4, 1981. *Reversed* and *remanded* by unpublished opinion per Swanson, J., concurred in by Andersen, C.J., Ringold, J., dissenting.

[No. 9726-1-I.   Division One.   September 7, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. WAYNE
EDWARD CANTINO, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 80-1-03668-4, Jack P. Scholfield, J., entered December 29, 1980. *Affirmed* by unpublished opinion per Swanson, J., concurred in by Callow and Corbett, JJ.

[No. 9312-6-I.   Division One.   September 7, 1982.]

GOLDEN HORSE FARMS, INC., *Appellant,* v. JOE
PARCHER, ET AL, *Defendants,* ESTATE OF
ARTHUR SWANSON, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Whatcom County, No. 55211, Jack S. Kurtz, J., entered January 9, 1979. *Affirmed* by unpublished opinion per Corbett, J., concurred in by James and Petrich, JJ.

[No. 5852-9-II.   Division Two.   September 7, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. JERRY I.
FUKUHARA, *Appellant.*

Appeal from a judgment of the Superior Court for Pacific County, No. C-2342, Herbert E. Wieland, J., entered September 11, 1981. *Dismissed* by unpublished opinion per Reed, C.J., concurred in by Petrich and Worswick, JJ.